IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TIMOTHY HANK JACKSON                                                                    PLAINTIFF

VS.                                   Civil No. 4:12-cv-4023

SHERIFF DANNY MARTIN;
RAY MARTIN; CAROL PRUITT
WAYNE KISSELBURG;
JOSEPH BEAVERS; JOHNNY WEAVER;
and JOHN DOE                                                                           DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation filed November 29, 2012, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 21). This case was referred to Judge Bryant for preservice screening under the provisions of the Prison Litigation Reform Act, 28 U.S.C. § 1915A. Judge Bryant recommends that Plaintiff's official capacity claims be dismissed without prejudice as to all Defendants. Judge Bryant further recommends that Plaintiff's individual capacity claims against Defendant Sheriff Danny Martin be dismissed without prejudice. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's claims against all Defendants in their official capacities and Sheriff Danny Martin in his individual capacity are **DISMISSED WITHOUT PREJUDICE**. Plaintiff's individual capacity claims against Defendants Johnny Weaver, Wayne Kissleberg, Joseph Beavers, Carol Pruitt, Ray Martin, and John Doe remain.

**IT IS SO ORDERED**, this 19th day of December, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge