IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TIMOTHY HANK JACKSON                                                           PLAINTIFF

vs.                                        Civil No. 12-CV-4023

JOSEPH BEAVERS, *et al.*                                                       DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed October 23, 2013, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 79). Judge Bryant recommends that Separate Defendants' Motion for Summary Judgment (ECF No. 62) be granted in part and denied in part. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1)(C). Upon review, the Court adopts the Report and Recommendation *in toto*. Separate Defendants' Motion for Summary Judgment is **GRANTED IN PART and DENIED IN PART**. Specifically, the motion is granted as to the following claims: (1) Plaintiff's denial of law library access claim and (2) Plaintiff's denial of outside recreation claim. The motion is denied as to the following claims: (1) Plaintiff's excessive force claims and (2) Plaintiff's denial of indoor recreation claim.

**IT IS SO ORDERED**, this 15th day of November, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge