IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TIMOTHY HANK JACKSON                                                               PLAINTIFF

vs.                                        Civil No. 12-CV-4023

JOSEPH BEAVERS; CAROL PRUITT;
JOHNNY WEAVER; WAYNE
KISSELBURG; RAY MARTIN; and
DEPUTY MISSY                                                                       DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed April 3, 2014, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 90). Judge Bryant recommends that Plaintiff's Amended Complaint (ECF No. 17) be dismissed without prejudice on the grounds that Plaintiff has failed to comply with the Local Rules and the Court's orders and that Plaintiff has failed to prosecute this action. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1)(C). Upon review, the Court adopts the Report and Recommendation *in toto.* Plaintiff's Amended Complaint (ECF No. 17) is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 14th day of May, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge