### IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF ARKANSAS
### TEXARKANA DIVISION

**TIMOTHY HANK JACKSON**                                          **PLAINTIFF**

**v.**                           **Civil No. 4:12-cv-4023-SOH-BAB**

**JOSEPH BEAVERS, et al**                                         **DEFENDANTS**

### ORDER

**BEFORE** the Court is a request for information, docketed as a Motion to Reopen Case (ECF No. 93) filed herein by the Plaintiff.  In this request Plaintiff inquires about the status of his case. Plaintiff's case was **DISMISSED**, by Order of this Court on May 14, 2014.  ECF No. 91.  Thereafter Plaintiff gave notice of a change of address.   ECF No. 92.   The dismissal of Plaintiff's complaint was without prejudice to refiling.

To the extent Plaintiff's request for information is considered a Motion to Reopen Case it is **DENIED**.

The   Clerk is directed to forward a copy of this Order, a copy of the Report and Recommendation of April 3, 2014 (ECF No. 90) and a copy of the Order adopting same (ECF No. 91) to Plaintiff.

**IT IS SO ORDERED** this **13th day of April 2015.**

_/s/ Barry A. Bryant_____
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE